UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD RAY ECKLUND, | Case No. 18-CV-01520 LHK (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| DUFFY, Warden, | |
| Respondent. | |

On March 9, 2018, petitioner, proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and a motion for leave to proceed *in forma pauperis* ("IFP"). That same day, the court sent a notice to petitioner, informing him the IFP application he filed was deficient. The court provided petitioner with a blank IFP application, along with a return envelope, and notification that the case would be dismissed if petitioner failed to pay the fee, or file a completed application with supporting documentation within twenty-eight days. More than twenty-eight days have passed and petitioner has not paid the filing fee, nor has he filed a completed IFP application. Thus, the instant action is **DISMISSED** without prejudice. The clerk shall terminate all pending motions, enter judgment, and close the file.

**IT IS SO ORDERED.**

DATED: 5/1/2018

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

Case No. 18-CV-01520 LHK (PR)
ORDER OF DISMISSAL